IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EDDIE BAEZ FLORES

GLADYS ALGARIN RAMIREZ

XXX-XX-7072

XXX-XX-4441

Debtor(s)

CASE NO. 13-03880 MCF

Chapter 13

**FILED & ENTERED ON 12/15/2017**

### ORDER

Debtors' reply to Trustee's motion requesting entry of Order to compel (docket #50) is Noted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15 day of December, 2017.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES